**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BOROUGH COUNCIL OF THE BOROUGH OF GRATZ, : No. 597 MAL 2023
:
Petitioner : Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
v. :
:
:
G. MORRIS SOLAR, LLC, :
:
Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.